IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DENNIS T. HUTTO,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5646

_____/

Opinion filed August 16, 2017.

An appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

Dennis T. Hutto, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Daniel R. Krumbholz, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     DISMISSED.

WOLF, OSTERHAUS, and KELSEY, JJ., CONCUR.